# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** :    **Plaintiff**    :    :    **v.**    :    :    **CRYSTAL L. SHEPPARD a/k/a**    :    **CRYSTAL HARRISON LEE,**    :    **Defendant**    : | **CIVIL ACTION NO. 1:11-CV-1683** **(Judge Conner)** |

## O R D E R

AND NOW, this 24th day of April, 2012, upon consideration of plaintiff's motion for confirmation of public sale (Doc. 13), which states that notice has been given to all lien holders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby ORDERED as follows:

1. That the public sale held on March 7, 2012, is hereby confirmed and the interest of all lien holders are divested.

2. That the Marshal is ordered and directed to execute and deliver to Jacob Crider, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of CRYSTAL L. SHEPPARD a/k/a CRYSTAL HARRISON LEE in and to the premises sold located at 1528 May Mar Drive, Chambersburg, PA 17201.

3. The Deed shall be recorded by the Purchaser within thirty (30) days of its delivery to the Purchaser by the Marshal. The Purchaser is solely responsible for payment of all recording charges and expenses.

4. That jurisdiction is retained for such further orders or decrees as may be necessary.

                                              S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge